UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Marie-Ann Greenberg MAG-1284
Chapter 13 Standing Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550
973-227-2840



Order Filed on April 14, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

IN RE:
   HARMUT R HUSCHENS.

Case No.:  22-19655VFP

Hearing Date:  4/6/2023 Judge:

VINCENT F. PAPALIA

## INTERIM ORDER ON CONFIRMATION HEARING

The relief set forth on the following pages, numbered two (2)  is hereby ORDERED.

**DATED: April 14, 2023**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

Case No.: 22-19655VFP

Caption of Order:   INTERIM ORDER ON CONFIRMATION HEARING

---

  THIS MATTER having been scheduled before the Court on 04/06/2023 for a Hearing on Confirmation, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor must pay $3,880.04 by 4/13/2023 or case will be dismissed without further notice; and it is further
- ORDERED, that ORDERED, that if the Debtor fails to comply with the above the Standing Trustee shall submit an Order Dismissing the Case without further hearings.